JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLA HEARNS,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; AND DOES 1 TO 10, INCLUSIVE,<br><br>    Defendant. | CASE NO. 2:16-cv-00568-BRO-JPR<br>*Judge: Beverly Reid O'Connell*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: 01/26/2016 |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorney's fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 26, 2016  _____
                                      Beverly Reid O'Connell
                                      U. S. DISTRICT COURT JUDGE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071